In the Matter of JACOB T. BASSECHES, Respondent. IRVING B-J LEVINE et al., Respondents, and MILTON KAIL, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the petitioner-respondent. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

YETTA GLADSTONE, Respondent, v. ELSIE W. HEIT et al., Individually and as Copartners Doing Business as R. & E. CAB Co., Respondents; JEROME I. BERK, Appellant, et al., Defendants.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ.

IRVING MILLER, Respondent, v. KINGS MERCANTILE Co., INC., Appellant.— Order unanimously affirmed. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Breitel and Bastow, JJ.

IRVING MILLER, Respondent, v. KINGS MERCANTILE Co., INC., Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel and Bastow, JJ.

TRANS AMERICA DEVELOPMENT CORPORATION, Appellant, v. ADOLF LEON, Respondent.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Breitel and Bastow, JJ.

VIVIAN M. SICHOL et al., as Coexecutors of BRIAN T. MORAN, Deceased, Appellants, v. BANKERS DEVELOPMENT CORPORATION, Respondent.— Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Breitel and Bastow, JJ. [See post, p. 792.]

MARUJA DAVALOS, Respondent, v. ALFONSO DAVALOS, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Breitel and Bastow, JJ. [See post, p. 783.]

MARUJA DAVALOS, Respondent, v. ALFONSO DAVALOS, Appellant.— Order unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Peck, P. J., Dore, Breitel and Bastow, JJ. [See post, p. 783.]

MARUJA DAVALOS, Respondent, v. ALFONSO DAVALOS, Appellant.— Section 240 of the Civil Practice Act does not apply to an attorney who is discharged (Cann v. Cann, 204 Misc. 1069; Hendry v. Hilton, 283 App. Div. 168). Judgment and orders unanimously affirmed, with costs. Present — Peck, P. J., Dore, Breitel and Bastow, JJ. [See post, p. 783.]